UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| BRENDA KAY BROWN, | ) | |
| Appellant, | ) ) ) | Civil Action No. 12-110-ART |
| v. | ) ) | **JUDGMENT** |
| JAMES A. BROWN, et al., | ) ) | |
| Appellees. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

In accordance with the Memorandum Opinion and Order entered today, it is **ORDERED AND ADJUDGED** as follows:

(1) Judgment is **ENTERED** in favor of the appellees.

(2) The Bankruptcy Court's Order Granting in Part Motion to Approve Settlement Agreement under Rule 9019 and Authorizing Transfer of Assets Under 11 U.S.C. 363, *In re Brown*, No. 7:12-bk-70013-acs, (Bankr. E.D. Ky. Aug. 24, 2012), R. 281, is **AFFIRMED**.

(3) This is a **FINAL AND APPEALABLE JUDGMENT**, and there is no just cause for delay.

(4) This matter is **STRICKEN** from the Court's active docket.

This the 28th day of May, 2013.



Signed By:
Amul R. Thapar  AT
United States District Judge